**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DIANA HAUCK, et al., | Civil Action No. 18-CV-00447-LHK |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT** |
| v. | |
| ADVANCED MICRO DEVICES, INC., | |
| Defendant. | |

Pursuant to the Order filed separately herein this date, the Court has granted the Parties' Joint Stipulation for Entry of Partial Final Judgment Under Federal Rule of Civil Procedure 54(b). The Court's Order finds that the requirements of Rule 54(b) are satisfied because Counts III, V, VII, VIII, XI, XVII, and XIX asserted against Advanced Micro Devices, Inc. ("AMD") in the Amended Consolidated Class Action Complaint (ECF No. 95), constitute a partial final judgment, and there is no just reason to delay because the judicial administrative interests and equities favor certifying the judgment as final in order to enable an efficient appeal that will streamline the remaining claims.

///

///

///

1   Accordingly, judgment is hereby entered in favor of AMD on Counts III, V, VII, VIII, XI, XVII,
2   and XIX as set forth in the April 4, 2019 Order granting AMD's motion to dismiss (ECF No. 110).
3   The Clerk shall close the file.
4   **IT IS SO ORDERED.**

6   Dated:  May 6, 2019         _____
                                *Lucy H. Koh*
7                               HONORABLE LUCY H. KOH
                                United States District Judge